## Affidavit of James Henry

On or about the first of January 2004, I was inquiring regarding construction taking place in the plant and a backhoe that was in the building near a large hole in the floor. I asked Bill Donnell "What's going in the hole?" Bill responded "Cari Goodwine - whoops, I shouldn't have said that." I understood this to be a death threat against Cari and may have involved the threat of some harm against his person. At the time, Mr. Goodwine was being subjected to ongoing harassment and retaliation by the company in terms of being asked to perform tasks of general maintenance and to work with unsafe machinery which they know to be dangerous and even deadly. It is my statement herein that the discrimination and retaliation against Cari Goodwine was on going and continuous until he terminated his employment with PHB.

_____
James Henry

June 16, 2005


**COMMONWEALTH OF PENNSYLVANIA**    :
                                    :    ss
**COUNTY OF ERIE**                  :

On this the 16th day of June, 2005, before me, a Notary Public, the undersigned JAMES HENRY personally appeared, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained, and desired the same might be recorded as such.

**IN WITNESS THEREOF**, I have hereunto set my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Maria G. Freitas, Notary Public
Millcreek Twp., Erie County
My Commission Expires Jan. 15, 2008

Member, Pennsylvania Association of Notaries