# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1459
814-870-7600
FAX 814-454-4647
www.macdonaldillig.com

Direct Dial 814-870-7603

E-Mail rtaft@macdonaldillig.com

T. WARREN JONES
EDWARD W. GOEBEL, JR. (REG. PAT. ATTORNEY)
JAMES D. CULLEN
WILLIAM R. BROWN
ROGER H. TAFT (ALSO ADMITTED IN NY)
DAVID E. HOLLAND
W. PATRICK DELANEY
JAMES M. ANTOUN
JAMES R. WALCZAK (ALSO ADMITTED IN DC)
RUSSELL S. WARNER
MARCIA H. HALLER
JAMES E. SPODEN (ALSO ADMITTED IN IL)
DALE E. HUNTLEY
JOHN J. MEAD

JOHN W. DRASKOVIC
JOHN J. MEHLER
MATTHEW W. McCULLOUGH
SUSAN FUHRER REITER
RICHARD J. PARKS (ALSO ADMITTED IN OH)
MARK J. SHAW
JOHN F. MIZNER (ALSO ADMITTED IN NY)
CRAIG R.F. MURPHEY
DANIEL M. MILLER
SHAUN B. ADRIAN
KIMBERLY A. OAKES
ERIC J. PURCHASE
LISA SMITH BECK
STEVEN C. BECKMAN
THOMAS A. PENDLETON

LAURA POPOFF STEFANOVSKI
JOHN A. LAUER
BRUCE L. DECKER, JR.
WALTER E. DEACON, III (ALSO ADMITTED IN WY)
GREGORY P. ZIMMERMAN
ROBERT E. GANDLEY
CATHERINE MOODEY DOYLE
LAURA J. MOTT
REBECCA A. HERMAN
JON L. WOODARD (REG. PAT. ATTORNEY)
DAVID F. DIETEMAN
GABRIEL J. OROS
KATHLEEN HAYNE ROBERTSON

JOHN E. BRI (OF COUNS
JOHN D. WI (OF COUNS
JOHN J. STR (OF COUNS
NORMAN H. (OF COUNS
—
HENRY A. M (1928-1984)
WILLIAM F. (1946-1989)
FREDERICK (1939-1977)
IRVING OLD (1952-1994)
PETER G. SC (RETIRED)

August 12, 2003

M. Jean Clickner, Trial Attorney
Equal Employment Opportunity Commission
Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222-4187

Re:   Equal Employment Opportunity Commission v.
        PHB, Inc. d/b/a PHB Die Casting
        Civil Action No. 01-215 Erie
        United States District Court
        Western District of Pennsylvania

Dear Ms. Clickner:

Pursuant to Paragraph 5 of the Settlement Agreement, I am writing to confirm that on August 7, 2003, PHB Die Casting posted the required Notice on the company's bulletin board, where legal notices for its employees regularly are posted, at the PHB Die Casting facility located at 7900 West Ridge Road, Fairview, Pennsylvania 16415. A copy of the Notice, as posted, is enclosed.

This Notice will remain posted for a period of 90 days.

If you have any questions regarding the posting of this Notice, please call.

Very truly yours,

MacDONALD, ILLIG, JONES & BRITTON LLP

By _Roger H. Taft/dls_
      Roger H. Taft

RHT/dls/771954/16425.0008
cc w/ enc.:    J. Benjamin Hancock, Human Resources Manager

## NOTICE

Title VII of the Civil Rights Act of 1964 ("Title VII") prohibits discrimination against employees and applicants for employment based upon their race, color, sex, religion or national origin. Title VII further prohibits retaliation against employees or applicants who avail themselves of their rights under Title VII by engaging in protected activities such as the filing of a charge of discrimination. The Equal Employment Opportunity Commission is the federal agency that investigates charges of discrimination and brings lawsuits in federal district courts to enforce Title VII.

This notice is being posted as part of the resolution of *EEOC v. PHB, Inc, d/b/a. PHB Die Casting*, Civil Action Number 01-215 Erie (WD PA). The EEOC brought this action under Title VII which prohibits discrimination on the basis of race. The parties have agreed to settle the case without a trial and without any admission of any violation of Title VII by PHB Die Casting. To the contrary, PHB Die Casting has denied, and continues to deny, committing any act of discrimination. PHB Die Casting reaffirms its commitment to comply with Title VII in all respects and will not engage in any employment practice which operates to deny equal employment opportunities in violation of Title VII.

Furthermore, in accordance with Title VII, PHB Die Casting reaffirms that it will not take any action against any employee or applicant for employment because he or she has exercised any right under Title VII, including the filing of a charge of discrimination.

This Notice will remain posted at PHB Die Casting's business location on a bulletin board where notices, bulletins or announcements are usually and normally posted for the benefit of employees. This Notice must not be defaced or removed.

By: _[signature]_  
For:   PHB Die Casting

By: _[signature]_  
For:   The Equal Employment  
         Opportunity Commission

Exhibit A