Monthly Report Form 3
Cases Disapproved Under
Regional Attorney's Delegated Authority

Case name      : ___Cari M. Goodwine___ v. PH B Die Casting
Charge number  : ___172-2003-00-962___
Category       : ___A-2___

For cases disapproved for litigation under the RA's delegated authority, provide the following:

(a)  date the case was disapproved: ___2/25/2004___

(b)  reason(s) for the decision (one or two paragraphs addressing such things as the merits, relation to NEP/LEP priorities, availability of private counsel, etc.): CP contends that he was subjected to a racially hostile work environment; that he was subjected to disparate treatment on the basis of race in the terms and conditions of his employment (work assignments and enforcement of time and attendance rules); and that Respondent retaliated against him for complaining of racial harassment. The Commission's determination found reasonable cause to believe that CP had been subjected to a racially hostile work environment, but found no reasonable cause to believe that he had been subjected to disparate treatment or retaliation.

This is not a good litigation vehicle for several reasons: (1) Charging Party was not actually working during most of the relevant time frame; the finding of a hostile work environment depends on events which allegedly occurred clearly outside the relevant time period; the event which allegedly occurred within the relevant time period is barely sufficient to support a finding of a hostile work environment. (2) Charging Party has a terrible attendance record. Subsequent to the investigation, Respondent has (1) conducted discrimination training for all supervisors and managers and employees; (2) discharged the supervisor who made the derogatory comments; and (3) investigated and handled subsequent allegations of racial hostility. Finally, because the Commission issued a mixed cause finding, it could not completely represent Charging Party's full interests.

(c)  for cases in which the decision not to litigate was made more than 60 days after receipt of the case in the legal unit, state the reason(s) for the delay: ___N/A___

(d)  if this is the first time in which this case has been listed under this new format, provide the information requested under 1 (attached a Form 1)

I concur  [x]                              I do not concur  [ ]

_____                    ___2/25/04___
Jacqueline H. McNair                       Date
Regional Attorney

Prepared by M. Jean Clickner, Trial Attorney
Date: 02.25.04